**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**RIDUAN BIN ISOMUDDIN HAMBALI,**

**Petitioner,**

**v.**

**BARACK OBAMA, et al.,**

**Respondents.**

**Civil Action No.  10-0407 (JDB)**

---

**ORDER**

Upon consideration of Respondents' Motion for an Extension of Time to disclose exculpatory information pursuant to Section 1.D.1 of the Case Management Order, it is hereby

**ORDERED** that Respondents' motion is granted. Disclosure of exculpatory evidence pursuant to Section 1.D.1 of the Case Management order shall occur by not later than September 28, 2012.  It is further

**ORDERED** that on that date, the government shall file a notice certifying either that it has disclosed the exculpatory evidence or that it does not possess any exculpatory evidence.

**SO ORDERED**.

                    /s/ John D. Bates
                    JOHN D. BATES
                    United States District Judge

Dated: August 9, 2012